# UNITED STATES DISTRICT COURT

**Western Division**

_____Western_____ DISTRI _____ _____Tennessee_____

**UNITED STATES OF AMERICA**

**V.**

**ANDREKO SANFORD**

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CA __08-32-0__

**CHARGING DISTRICTS**
**CASE** __2:08CR038__

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court ____Northern____ District of ____Mississippi____ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk __911 Jackson Avenue, Oxford, MS 38655-0727__
*Place and Address*
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear Pursuant Notice by the Prosecuting District.

s/Diane K. Vescovo
*Signature of Judge*

May 2, 2008
*Date*

*DIANE K. VESCOVO*
*UNITED STATES MAGISTRATE JUDGE*
*Name and Title of Judge*